Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TEANNA MCMAHAN**                                                6:15-CV-00642-SI

      Plaintiff,

      v.                                                                  ORDER FOR EAJA
                                                                              ATTORNEY FEES

**Commissioner of Social Security**,

      Defendant.

_____

      Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4283.01.  Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

      It is so ORDERED

      Dated this 19th, day of July, 2016

                                                           /s/ Michael H. Simon
                                                          United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1